IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN E. CROWDER,

    Petitioner,        No. CIV S-08-1847 GGH P

    vs.

UNKNOWN,        <u>ORDER AND</u>

    Respondent.        <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        A recent court order was served on petitioner's address of record and returned by the postal service. It appears that petitioner has failed to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any address change.

        Accordingly, IT IS HEREBY ORDERED THAT the Clerk of the Court is directed to assign a district judge to this case.

        IT IS HEREBY RECOMMENDED that this action be dismissed for petitioner's failure to keep the court apprised of his current address. <u>See</u> Local Rules 83-182(f) and 11-110 (E.D. Cal. 1997).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1  Findings and Recommendations." Petitioner is advised that failure to file objections within the
2  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
3  F.2d 1153 (9th Cir. 1991).
4  DATED: December 30, 2008

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:md
crow1847.133a(2)